**EXHIBIT A**

FILED
10-29-2018
John Barrett
Clerk of Circuit Court
2018CV008947
Honorable Timothy
Witkowiak-22
Branch 22

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |

MOHAMMED NOFAL
2041 NORTH COMMERCE STREET
MILWAUKEE, WI 53212

    Plaintiff,

vs.

Case No.
Case Code: 30303 – Civil – Other - Contract

CASABLANCA RESTAURANT, LLC
C/O ALAA MUSA
728 E BRADY ST
MILWAUKEE, WI 53202-1509

    Defendant.

## SUMMONS

THE STATE OF WISCONSIN

To each person named above as a defendant:

You are hereby notified that the plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the action.

Within Twenty (20) days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The Court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the Court, whose address is Milwaukee County Courthouse, Clerk of Circuit Court, 901 N. 9th St., Room 104, Milwaukee, WI 53233 and the plaintiff's attorneys, Douglas J. Phebus and Victor M. Arellano, whose address is, Arellano & Phebus, S.C., 1468 N. High Point Road,

Suite 102, Middleton, Wisconsin, 53562. You may have an attorney help or represent you.

If you do not provide a proper answer within Twenty (20) days, the Court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law.  A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

If you require the assistance of auxiliary aids or services because of a disability, call 266-4678 (TTD 266-9138) and ask for the Court ADA Coordinator.

Dated this 29th day of October, 2018

ARELLANO & PHEBUS, S.C.
Attorneys for Plaintiff

*Electronically signed by Douglas J. Phebus*
Victor M. Arellano
State Bar No. 1011684
varellano@aplawoffice.com
Douglas J. Phebus
State Bar No. 1029524
dphebus@aplawoffice.com
1468 N. High Point Road, Suite 102
Middleton, WI  53562
Phone:  (608) 827-7680
Facsimile:  (608) 827-7681

2

FILED
10-29-2018
John Barrett
Clerk of Circuit Court
2018CV008947
Honorable Timothy
Witkowiak-22
Branch 22

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |
|---|---|---|

MOHAMMED NOFAL
2041 NORTH COMMERCE STREET
MILWAUKEE, WI 53212

  Plaintiff,

vs.

Case No.
Case Code: 30303 – Civil – Other - Contract

CASABLANCA RESTAURANT, LLC
C/O ALAA MUSA
728 E BRADY ST
MILWAUKEE, WI 53202-1509

  Defendant.

## COMPLAINT

NOW COMES the plaintiff, Mohammed Nofal, by his undersigned attorneys Arellano & Phebus, S.C., by Attorney Douglas J. Phebus and Attorney Victor M. Arellano, and as for his Complaint alleges and states as follows:

### PARTIES

1. The plaintiff, Mohammed Nofal, is an adult resident of Milwaukee County, Wisconsin who resides at 2041 North Commerce Street, Milwaukee, Wisconsin 53212.

2. The defendant, Casablanca Restaurant, LLC, is a domestic business which is licensed to do business in the state of Wisconsin. Its principal place of business is located at 728 East Brady Street, Milwaukee, Wisconsin 53202.

3. The plaintiff, Mohammed Nofal, is a former employee of Casablanca Restaurant, LLC. The plaintiff was employed with the defendant for more than five years.

4. The plaintiff is entitled to be paid at time and one-half for any hours worked in excess of forty hours per week pursuant to Wisconsin law. Upon information

and belief, Casablanca Restaurant, LLC did not pay the plaintiff, and others, his overtime rate for those hours worked over forty hours, and instead paid him his regular straight time for those hours. Additionally, the defendant failed to pay the plaintiff for a portion of his time worked, in spite of having been given notice that payments were required.

5. The plaintiff is entitled to wage payments for the unpaid time described herein, and brings this claim pursuant to Chapter 109 of the Wisconsin Statutes and the Federal Fair Labor Standards Act.

6. The plaintiff alleges that Casablanca Restaurant, LLC intentionally violated the law and, therefore, the three year federal statute of limitations for intentional violations applies to his wage claim.

## **PRAYER FOR RELIEF**

WHEREFORE, the plaintiff demands judgment against the defendant as follows:

A. For compensation for unpaid wages described herein;

B. For a penalty/liquidated damages of 100% of the unpaid wages herein;

C. For attorney's fees;

D. For all costs and disbursements incurred by the plaintiffs in this action; and

E. For such other further relief as may be provided by law or equity.

Dated this 29th day of October, 2018

                              ARELLANO & PHEBUS, S.C.
                              Attorneys for Plaintiff

                              *Electronically signed by Douglas J. Phebus*
                              Victor M. Arellano
                              State Bar No. 1011684
                              varellano@aplawoffice.com
                              Douglas J. Phebus
                              State Bar No. 1029524
                              dphebus@aplawoffice.com
                              1468 N. High Point Road, Suite 102
                              Middleton, WI  53562
                              Phone:  (608) 827-7680
                              Facsimile:  (608) 827-7681

| | | |
|---|---|---|
| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |

Mohammed Nofal vs. Casablanca Restaurant, LLC, c/o Alaa Musa

**Electronic Filing Notice**

Case No. 2018CV008947
Class Code: Other-Contract

FILED
10-29-2018
John Barrett
Clerk of Circuit Court
2018CV008947
Honorable Timothy Witkowiak-22
Branch 22

CASABLANCA RESTAURANT, LLC, C/O ALAA MUSA
728 EAST BRADY STREET
MILWAUKEE WI 53202

Case number 2018CV008947 was electronically filed with/converted by the Milwaukee County Clerk of Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at **http://efiling.wicourts.gov/** and may withdraw as an electronic party at any time. There is a $ 20.00 fee to register as an electronic party.

If you are not represented by an attorney and would like to register as an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: 53e1d8**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 414-278-4120.

Milwaukee County Circuit Court
Date: October 30, 2018

GF-180(CCAP), 06/2017 Electronic Filing Notice　　§801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:18-cv-01865-WED　Filed 11/27/18　Page 7 of 12　Document 1-1

FILED
10-29-2018
John Barrett
Clerk of Circuit Court
2018CV008947
Honorable Timothy
Witkowiak-22
Branch 22

STATE OF WISCONSIN　　　CIRCUIT COURT　　　MILWAUKEE COUNTY

MOHAMMED NOFAL
2041 NORTH COMMERCE STREET
MILWAUKEE, WI 53212

    Plaintiff,

Case No.
Case Code: 30303 – Civil – Other - Contract

vs.

CASABLANCA RESTAURANT, LLC
C/O ALAA MUSA
728 E BRADY ST
MILWAUKEE, WI 53202-1509

    Defendant.

---

### PLAINTIFF'S DEMAND FOR A SIX PERSON JURY AT TRIAL

---

NOW COME the plaintiff, Mohammed Nofal, by the law firm of Arellano and Phebus, S.C., by Attorney Victor M. Arellano and Attorney Douglas J. Phebus, and hereby demands a jury of six at trial.

Dated this 29th day of October, 2018.

    ARELLANO & PHEBUS, S.C.
    Attorneys for Plaintiff

    *Electronically signed by Douglas J. Phebus*
    Victor M. Arellano
    State Bar No. 1011684
    varellano@aplawoffice.com
    Douglas J. Phebus
    State Bar No. 1029524
    dphebus@aplawoffice.com
    1468 N. High Point Road, Suite 102
    Middleton, WI 53562

Case 2018CV008947   Document 4   Filed 11-20-2018   Page 1 of 1

NOV 1 9 2018

FILED
11-20-2018
John Barrett
Clerk of Circuit Court
2018CV008947

# AFFIDAVIT OF SERVICE

| Case: 2018CV0084947 | Court: MILWAUKEE COUNTY CIRCUIT COURT Br. 22 | County: Milwaukee, WI | Job: 2771568 |
|---|---|---|---|
| Plaintiff / Petitioner: MOHAMMED NOFAL | | Defendant / Respondent: CASABLANCE RESTAURANT, LLC | |
| Received by: Wisconsin's Choice Legal Services, Inc. | | For: ARELLANO & PHEBUS, S.C. | |
| To be served upon: CASABLANCE RESTAURANT, LLC | | | |

I, the undersigned, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I am authorized by law to make service of the documents and informed said person of the contents herein.............................................................................

The named person below confirmed their identity, position and authority to accept the described legal documents on behalf of the named Defendant.

**Recipient Name / Address:** Jose, 728 EAST BRADY STREET, MILWAUKEE, WI 53202
**Manner of Service:** Business, Nov 11, 2018, 2:43 pm CST
**Documents:** SUMMONS AND COMPLAINT, ELECTRONIC FILING NOTICE, EXHIBITS
**Court Date:**

**Additional Comments:**
1) Unsuccessful Attempt: Nov 4, 2018, 5:33 pm CST at 728 EAST BRADY STREET, MILWAUKEE, WI 53202
The restaurant is currently closed at the moment.

2) Unsuccessful Attempt: Nov 8, 2018, 11:30 am CST at 728 EAST BRADY STREET, MILWAUKEE, WI 53202
The restaurant was closed. Sign on the door says open at noon.

3) Successful Attempt: Nov 11, 2018, 2:43 pm CST at 728 EAST BRADY STREET, MILWAUKEE, WI 53202 received by Jose. Age: 35-40; Ethnicity: Hispanic; Gender: Male; Weight: 220; Height: 5'8"; Hair: Black; Relationship: Manager;
Spoke with the hostess, who sent me upstairs to speak with the bartender. The bartender proceeded to go and get the manager. The manager came out and was very aggressive when I presented him with the documents. He took the papers but would only give his first name.

Fees: 65.00

Quintone Anderson  11-12-18
Quintone Anderson    Date

Wisconsin's Choice Legal Services, Inc.
PO Box 7128
Madison, WI 53707
(347)283-2278

Subscribed and sworn to before me by the affiant who is personally known to me.

Liliana Anja Marie Anderson
Notary Public
11-12-2018    11-15-2021
Date    Commission Expires



Scanned with CamScanner

Case 2018CV008947   Document 5   Filed 11-21-2018   Page 1 of 1

FILED
11-21-2018
John Barrett
Clerk of Circuit Court
2018CV008947

STATE OF WISCONSIN      CIRCUIT COURT      MILWAUKEE COUNTY

Mohammed Nofal,

        Plaintiff,

v.

        Case No. 18CV8947

Casablanca Restaurant, LLC,

        Defendants.

## NOTICE OF APPEARANCE

TO:  Attorney Victor M. Arellano         TO:  Attorney Douglas J. Phebus
      Arellano & Phebus, S.C.                  Arellano & Phebus, S.C.
      1468 N. High Point Rd, Suite 102       1468 N. High Point Rd, Suite 102
      Middleton, WI 53562                   Middleton, WI 53562

      PLEASE TAKE NOTICE that Defendant Casablanca Restaurant, LLC appears by OVB Law & Consulting, S.C., through Attorney O. Emil Ovbiagele and Attorney Samantha C. Huddleston in this matter. A copy of all papers in this matter should be served on the undersigned at the address stated below.

      Dated at Milwaukee, Wisconsin this 20th day of November 2018.

                                                **OVB LAW & CONSULTING, S.C.**
                                                Attorneys for Defendant

                                                *Electronically signed by:*
                                                */s/ O. Emil Ovbiagele*
                                                State Bar No. 1089677
                                                */s/ Samantha C. Huddleston*
                                                State Bar No. 1101385
                                                4369 S. Howell Ave, Suite 301
                                                Milwaukee, WI 53207
                                                414-585-0588 (office)
                                                414-255-3031 (fax)
                                                emil@ovblaw.com
                                                samantha@ovblaw.com

FILED
11-21-2018
John Barrett
Clerk of Circuit Court
2018CV008947

| STATE OF WISCONSIN | CIRCUIT COURT | MILWAUKEE COUNTY |
|---|---|---|

| Mohammed Nofal vs. Casablanca Restaurant, LLC, c/o Alaa Musa | Notice of Hearing |
|---|---|
| | Case No: 2018CV008947 |

COURT ORIGINAL

This case is scheduled for: **Scheduling conference**

| Date | Time | Location |
|---|---|---|
| 12-14-2018 | 09:00 am | Milwaukee County Courthouse, Room 415<br>901 N. Ninth Street<br>Milwaukee WI 53233 |
| **Circuit Court Judge/Circuit Court Commissioner**<br>Timothy Witkowiak-22 | | |
| **Re**<br>Other-Contract | | |

This matter will not be adjourned by the court except upon formal motion for good cause or with the specific approval of the court upon stipulation by all parties.

TO RESCHEDULE THIS DATE ARRANGE A CONFERENCE CALL WITH ALL PARTIES AND THE CLERK.

IF YOU WISH TO APPEAR TELEPHONICALLY, PLEASE (1) NOTIFY THE CLERK NO LESS THAN ONE WEEK BEFORE THE HEARING AND (2) ARRANGE A CONFERENCE CALL WITH ALL PARTIES.

COMPLETE AND FILE THE SCHEDULING CONFERENCE DATA SHEET ONE WEEK PRIOR TO THE SCHEDULING CONFERENCE. THE FORM IS AVAILABLE ON THE MILWAUKEE COUNTY WEB SITE.

**If you require reasonable accommodations due to a disability to participate in the court process, please call 414-985-5757 prior to the scheduled court date. Please note that the court does not provide transportation.**

Milwaukee County Circuit Court
Date: November 21, 2018

| DISTRIBUTION | Address | Service Type |
|---|---|---|
| Court Original | | |
| Douglas J. Phebus | dphebus@aplawoffice.com | Electronic Notice |
| Samantha Huddleston | samantha@ovblaw.com | Electronic Notice |

GF-101(CCAP), 10/2009 Notice of Hearing
This form shall not be modified. It may be supplemented with additional material.

Case 2018CV008947   Document 7   Filed 11-21-2018   Page 1 of 1

FILED
11-21-2018
John Barrett
Clerk of Circuit Court
2018CV008947

STATE OF WISCONSIN   CIRCUIT COURT   MILWAUKEE COUNTY

Mohammed Nofal,

        Plaintiff,

v.

                                            Case No. 18CV8947

Casablanca Restaurant, LLC,

        Defendants.

## NOTICE OF APPEARANCE

TO:  Attorney Victor M. Arellano      TO:  Attorney Douglas J. Phebus
       Arellano & Phebus, S.C.                         Arellano & Phebus, S.C.
       1468 N. High Point Rd, Suite 102       1468 N. High Point Rd, Suite 102
       Middleton, WI 53562                             Middleton, WI 53562

     PLEASE TAKE NOTICE that Defendant Casablanca Restaurant, LLC appears by OVB Law & Consulting, S.C., through Attorney O. Emil Ovbiagele and Attorney Samantha C. Huddleston in this matter.  A copy of all papers in this matter should be served on the undersigned at the address stated below.

     Dated at Milwaukee, Wisconsin this 20th day of November 2018.

                                                       **OVB LAW & CONSULTING, S.C.**
                                                       Attorneys for Defendant

                                                       *Electronically signed by:*
                                                       */s/* O. Emil Ovbiagele
                                                       State Bar No. 1089677
                                                       */s/* Samantha C. Huddleston
                                                       State Bar No. 1101385
                                                      4369 S. Howell Ave, Suite 301
                                                      Milwaukee, WI 53207
                                                      414-585-0588 (office)
                                                      414-255-3031 (fax)
                                                      emil@ovblaw.com
                                                      samantha@ovblaw.com