# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

**MOHAMMED NOFAL,**

    Plaintiff,

                                  Case No. 18-CV-1865

**v.**

**CASABLANCA RESTAURANT, LLC,**

    Defendant.

## ORDER REGARDING STIPULATION FOR REMAND TO CIRCUIT COURT

Upon the stipulation of the parties (ECF No. 11),

**IT IS HEREBY ORDERED** that the above-captioned case be remanded to Wisconsin state court.

**IT IS FURTHER ORDERED** that the defendant's motion to dismiss (ECF No. 6) is **denied** as moot in light of plaintiff's amended complaint (ECF No. 8).

Dated at Milwaukee, Wisconsin this 10th day of January, 2019.

                                              _____
                                              WILLIAM E. DUFFIN
                                              U.S. Magistrate Judge